**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>**v.**<br><br>**DAKOTA DEEN BEEBE,**<br><br>*Defendant.* | **Case No.** CR-26-120-RAW |

# INFORMATION

The United States Attorney charges:

## COUNT ONE

**BANK FRAUD**
**[18 U.S.C. § 1344(2)]**

Beginning in or about May 2022 and continuing until on or about October 20, 2022, in the Eastern District of Oklahoma, the defendant, **DAKOTA DEEN BEEBE**, did knowingly execute a scheme and artifice to obtain moneys, funds, credits, asset, securities, or other property owned by, or under the custody or control of Farmers State Bank, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344(2).

CHRISTOPHER J. WILSON
United States Attorney

JESSIE K. PIPPIN, OBA # 33905
Assistant United States Attorney